# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERO ADVANCED PAINT TECHNOLOGY, INC. <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL AERO PRODUCTS LLC et al. <br><br> Defendants | Case Number: 2:18-cv-10576-ODW (SK) <br><br> **ORDER TO SHOW CAUSE RE: CONSOLIDATION** |

    On December 20, 2018, this case was transferred from the United States District Court for the Southern District of Ohio to the United States District Court for the Central District of California. (ECF No. 37.) On December 28, 2018, this case was assigned to this Court because of the related case *International Aero Products LLC v. Aero Advanced Paint Technology, Inc.*, Case No. 2:18-cv-03047-ODW (SK). Having reviewed both cases, the parties are ordered to **SHOW CAUSE** by **January 18, 2019,** why this matter should not be consolidated with *International Aero Products LLC v. Aero Advanced Paint Technology, Inc.*, Case No. 2:18-cv-03047-ODW (SK) for all further proceedings including disposition. The Order to Show Cause may be

discharged upon a filing of a stipulation to consolidate, motion to consolidate, or joint report why consolidation is not warranted.

**IT IS SO ORDERED.**

Dated: January 7, 2019

                                            Hon. Otis D. Wright II
                                            United States District Judge