# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL AERO PRODUCTS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AERO ADVANCED PAINT TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 2:18-cv-03047 AB (SKx)<br>Consol: 2:18-cv-10576 AB (SKx)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR THE DISMISSAL OF BOTH CONSOLIDATED ACTIONS**<br><br>**Trial Date: July 21, 2020**<br>**Time:         8:30 a.m.**<br>**Court:**<br>   **The Hon. André Birotte Jr.**<br>   **350 West First Street**<br>   **Courtroom 7B**<br>   **Los Angeles, CA 90012** |

Having read the stipulation of the parties requesting the dismissal of both cases in the consolidated action, and finding good cause therefor, the Court HEREBY GRANTS the parties' stipulation as follows:

(1) The Court dismisses with prejudice International Aero Products' claims;

(2) The Court dismisses with prejudice Aero Advanced's claims; and

(3) The Court shall retain jurisdiction over this matter for purposes of interpreting and enforcing the Agreement, if necessary.

IT IS SO ORDERED.

Dated: March 25, 2020

_____
The Hon. André Birotte Jr.
United States District Court Judge